# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**LEODIS RANDLE**                                                             **PLAINTIFF**

**v.**                             **Case No. 4:20-cv-01103-LPR**

**PULASKI COUNTY,** *et al.,*                                   **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that Plaintiff Leodis Randle's Complaint is dismissed without prejudice. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

IT IS SO ADJUDGED this 2nd day of December 2020.

                                                                     */s/ Lee P. Rudofsky*
                                                                     LEE P. RUDOFSKY
                                                                     UNITED STATES DISTRICT JUDGE